# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2013

144762

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHNNY LEE WILLIAMS,
        Defendant-Appellant.

SC: 144762
COA: 299484
Wayne CC: 09-031564-FC

_____/

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of October 24, 2012. The application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2013

_____
Clerk

t0416